IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 15-cv-01060-RPM

PAMELA REYNOLDS,

  Plaintiff,
v.

COLLECTIONCENTER, INC.;
EDMONDS, RUSSEL AND LOGUE, PC; and
JEFFREY M. LOGUE,

  Defendants.

_____

ORDER SETTING SCHEDULING CONFERENCE
_____

  Pursuant to Procedural Order Number One entered by this Court on July 16, 2015, counsel for plaintiff has contacted chambers to set a date and time for a Scheduling Conference pursuant to Rule 16 and it is

  ORDERED that a scheduling conference will be held on **October 1, 2015, at 2:00 p.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Counsel are directed to comply with the Instructions for Preparation of Scheduling Order which may be found at **http://www.cod.uscourts.gov/judges/judges.aspx** (Senior Judge Richard P. Matsch Procedures) and use the format provided with those instructions (Rev. 4/3/15). The proposed order (original only) on paper, shall be submitted directly to chambers by **4:00 p.m. on September 24, 2015.** The conference is conducted with <u>lead counsel present in person</u>. No parties or representatives of parties will be permitted to attend.

DATED: September 9th, 2015

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior Judge