IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 15-cv-01060-RPM

PAMELA REYNOLDS,

    Plaintiff,

v.

COLLECTIONCENTER, INC., and
EDMONDS, RUSSEL AND LOGUE, PC, and
JEFFREY M. LOGUE,

    Defendants.

_____

ORDER OF DISMISSAL OF DEFENDANT COLLECTIONCENTER, INC.
_____

Pursuant to the stipulation for dismissal [Doc. 22], it is

ORDERED that the complaint is dismissed with prejudice as to Defendant CollectionCenter, Inc.

DATED:  November 24th, 2015

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior Judge