IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 15-cv-01060-RPM

PAMELA REYNOLDS,

    Plaintiff,

v.

COLLECTIONCENTER, INC.;
EDMONDS, RUSSEL AND LOGUE, PC; and
JEFFREY M. LOGUE,

    Defendants.
_____

## FINAL JUDGMENT
_____

    Pursuant to the Order Granting Summary Judgment in favor of Defendants Edmonds, Russel and Logue, P.C., and Jeffrey M. Logue entered by Senior Judge Richard P. Matsch on February 26, 2016, and the Order of Dismissal of Defendant CollectionCenter, Inc., entered by Senior Judge Matsch on November 24, 2015, it is

    ORDERED AND ADJUDGED that this civil action is dismissed.  Defendants Edmonds, Russel & Logue, P.C., (n/k/a Edmonds & Logue, P.C.) and Jeffrey M. Logue are awarded costs upon the filing of a bill of costs within 14 days.

    DATED:   February 26, 2016

                                  FOR THE COURT:

                                  JEFFREY P. COLWELL, Clerk

                                  s/M.V. Wentz
                              By_____
                                        Deputy